IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Spence, Yolanda | Case Number: 05 B 49178 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/29/09 | Filed: 10/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 9, 2009
Confirmed: December 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,246.28 | |
| Secured: | | 3,871.20 |
| Unsecured: | | 5,951.78 |
| Priority: | | 0.00 |
| Administrative: | | 2,408.20 |
| Trustee Fee: | | 718.82 |
| Other Funds: | | 296.28 |
| Totals: | 13,246.28 | 13,246.28 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,408.20 | 2,408.20 |
| 2. | Americredit Financial Ser Inc | Secured | 7,195.14 | 3,871.20 |
| 3. | Quick Payday | Unsecured | 44.68 | 132.56 |
| 4. | National Capital Management | Unsecured | 111.04 | 329.43 |
| 5. | MCSI | Unsecured | 16.76 | 49.71 |
| 6. | Americredit Financial Ser Inc | Unsecured | 1,795.64 | 5,326.94 |
| 7. | B-Line LLC | Unsecured | 38.14 | 113.14 |
| 8. | Aspire Visa | Unsecured | | No Claim Filed |
| 9. | Ameriloan | Unsecured | | No Claim Filed |
| 10. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 11. | Bankfirst | Unsecured | | No Claim Filed |
| 12. | Cingular Wireless | Unsecured | | No Claim Filed |
| 13. | Coastline Credit | Unsecured | | No Claim Filed |
| 14. | Fingerhut | Unsecured | | No Claim Filed |
| 15. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 16. | Gotbeib Memorial Hospital | Unsecured | | No Claim Filed |
| 17. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 18. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 19. | Providian National Bank | Unsecured | | No Claim Filed |
| 20. | US Fast Cash | Unsecured | | No Claim Filed |
| | | | $ 11,609.60 | $ 12,231.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Spence, Yolanda                          Case Number:  05 B 49178
                                                  Judge:  Wedoff, Eugene R
Printed: 01/29/09                                 Filed:  10/11/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---------:|-----------:|
| 5.5%     | 142.14     |
| 5%       | 48.45      |
| 4.8%     | 100.81     |
| 5.4%     | 234.18     |
| 6.5%     | 136.55     |
| 6.6%     | 56.69      |
|          | $ 718.82   |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

